IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WESLEY E. GRISSOM**                                                                                **PLAINTIFF**
**ADC #110265**

**V.**                         **NO: 4:16CV00559 BSM**

**ASA HUTCHINSON, et al.**                                                 **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Patricia S. Harris and plaintiff's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Wesley E. Grissom's complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The court certifies that in *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS DO ORDERED this 25th day of August 2016.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE